**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6565**

MACEO GARDNER,

Petitioner - Appellant,

v.

STATE OF NORTH CAROLINA,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:25-hc-02088-D)

Submitted:  December 18, 2025                        Decided:  December 23, 2025

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Maceo Gardner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maceo Gardner appeals the district court's order denying his petition for a writ of mandamus for lack of jurisdiction. We have reviewed the record and find no reversible error. *See Gurly v. Superior Ct. of Mecklenburg Cnty.*, 411 F.2d 586, 587 (4th Cir. 1969) (noting federal courts lack jurisdiction to grant mandamus relief against state officials). Accordingly, we deny Gardner's motion for a certificate of appealability and affirm the district court's order. *Gardner v. North Carolina*, No. 5:25-hc-02088-D (E.D.N.C. June 20, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*